```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE F02-0015--CV (RRB)
                       "RONALD E. ZUBER V APC NATCHIQ INC"

              Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/18/02
             Closed: 02/25/03

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (710) Fair Labor Standards Act
                     28 USC 1446(A)
             Origin: (2) Removed from State Court
             Demand: 50
         Filing fee: Paid $150.00 on 10/18/02 receipt # 40100174
           Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1          ZUBER, RONALD E.                Kenneth L. Covell
                                                 712 8th Avenue
                                                 Fairbanks, AK 99701
                                                 907-452-4377
                                                 FAX 907-451-7802

DEF 1.1          APC NATCHIQ INC                 Gregory L. Youngmun
                                                 Delaney, Wiles, Hayes, Gerety
                                                 1007 West 3rd Avenue, Suite 400
                                                 Anchorage, AK 99501
                                                 907-279-3581

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE F02-0015--CV (RRB)
                              "RONALD E. ZUBER V APC NATCHIQ INC"

                                     For all filing dates
```

     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:
        Referral Rule:
               Filed: 10/18/02
              Closed: 02/25/03

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (710) Fair Labor Standards Act
                      28 USC 1446(A)
              Origin: (2) Removed from State Court
              Demand: 50
          Filing fee: Paid $150.00 on 10/18/02 receipt # 40100174
            Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 2 - 1 | 10/18/02 | DEF 1 Notice of Removal of 4FA-02-02272CI from the State of Alaska, 4th Judicial District. |
| 3 - 1 | 10/21/02 | RRB Order to petitioner subsequent to filing notice of removal. cc: cnsl |
| 4 - 1 | 10/22/02 | DEF 1 Answer to Complaint (and Affirmative Defenses). |
| 5 - 1 | 10/25/02 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days. cc: cnsl |
| 6 - 1 | 11/04/02 | DEF 1 Service List (of all parties). |
| 7 - 1 | 11/07/02 | DEF 1 Response to Order to petitioner: Notice of fling state court documents from 4FA-02-2272CI. |
| 8 - 1 | 11/15/02 | PLF 1; DEF 1 Unopposed motion for order accepting first amended complaint w/first amended complaint attached. |
| 9 - 1 | 11/20/02 | RRB Order granting unopposed motion for order accepting first amended complaint (8-1).  cc: cnsl |
| 10 - 1 | 11/20/02 | PLF 1 Complaint (Amended). |
| 11 - 1 | 11/25/02 | DEF 1 non-opposition to PLF 1; DEF 1 Unopposed motion for order accepting first amended complaint (8-1). |
| 12 - 1 | 11/27/02 | RRB Minute Order re: Rule 16(b) minute order requiring a status report was issued and no timely report was filed. A 16(b) report is due w/in 15 days. cc: cnsl |
| 13 - 1 | 11/27/02 | DEF 1 motion to Transfer Venue 28 USC Sections 1391, 1404 w/memorandum of points, declaration of rick owen, declaration of dennis acker attached. |
| 14 - 1 | 12/02/02 | PLF 1 opposition to DEF 1 motion to Transfer Venue (13-1). |
| 15 - 1 | 12/02/02 | PLF 1 Rule 26 (Status) Report. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE F02-0015--CV (RRB)
                          "RONALD E. ZUBER V APC NATCHIQ INC"

                                  For all filing dates


 Document #    Filed       Docket text

    16 -   1  12/09/02  RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 12/14/03; Dispositive motions deadline 08/18/03; Estimate of
                        trial 3 days; TBJ. cc: cnsl

    17 -   1  12/10/02  DEF 1 reply to opposition to DEF 1 motion to Transfer Venue 28 USC
                        Sections 1391 (13-1), w exhibit A attached.

    18 -   1  12/13/02  DEF 1 Notice of Filing Original Declaration of Christopher Boyle.

    19 -   1  02/24/03  RRB Order granting motion to Transfer Venue 28 USC Sections 1391, 1404
                        (13-1).  cc: cnsl, Fairbanks Clerk

  NOTE -   1  02/25/03  Case transferred to A03-0052--CV

    20 -   1  02/25/03  Cert cy Clerk's Notice re: new case number for all future filings:
                        A03-0052CV(RRB).

    21 -   1  02/25/03  DEF 1 Answer (Amended) and afffirmative defenses to plf's first amended
                        complaint.
```